

**BARNES IACCARINO & SHEPHERD LLP**
ATTORNEYS AT LAW

Riccardo Iaccarino
Wendell V. Shepherd

Matthew J. Berger*
Danielle M. Carney
Michele Harari
Dana L. Henke
Steven H. Kern
Lauren M. Kugielska*
Giacchino J. Russo
Julie Pearlman Schatz*

Roy Barnes, Retired

3 Surrey Lane
Hempstead, NY 11550
Tel:  516.483.2990
Fax: 516.483.0566

379 Sunset Blvd.
Wyckoff, NJ 07481
Tel:  914.592.1515
Fax: 914.592.3213

*Also Admitted in NJ

www.bislawfirm.com

258 Saw Mill River Road, Elmsford, NY 10523
Tel: 914.592.1515 | Fax: 914.592.3213

June 28, 2022

*VIA ECF*
The Honorable Lorna G. Schofield
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Application **GRANTED**. The show cause hearing scheduled for June 29, 2022, at 4:10 p.m. is **ADJOURNED sine die**. By **July 29, 2022**, the parties shall file a joint status letter.

Dated: June 28, 2022
       New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

Re:   Trustees of the Drywall Tapers, et al. v. L.G. Commercial Construction Corp.
      Index No. 22-CIV-03155 (LGS)

Dear Judge Schofield:

    This office represents Plaintiffs Trustees of the Drywall Tapers and Pointers Local Union No. 1974 Benefit Funds, et al. in the above referenced matter. This letter makes reference to your Honor's Order dated June 8, 2022, requesting all parties to appear at an order to show cause conference via telephone on June 29, 2022, at 4:10 p.m., regarding Plaintiffs' request for an entry of default judgment.

    This matter involves the enforcement of a Trade Agreement, more specifically, the Funds' right to audit the books and records of an Employer. Please be advised that Plaintiffs are in the process of receiving documentation from the Defendant to complete the audit.

    In light of these circumstances, Plaintiffs respectfully request an adjournment of the scheduled June 29th order to show cause conference. This is Plaintiffs' first request for an adjournment in this matter. Defendant has not entered an appearance in this action.

    Kindly advise this office of the Court's decision, regarding Plaintiffs' request.

    Thank you for your assistance and courtesies.

Respectfully yours,

*/s/ Lauren M. Kugielska*
Lauren M. Kugielska, Esq.