

**BARNES**
**IACCARINO &**
**SHEPHERD LLP**

ATTORNEYS AT LAW

258 Saw Mill River Road, Elmsford, NY 10523
Tel: 914.592.1515 | Fax: 914.592.3213

Riccardo Iaccarino
Wendell V. Shepherd

Matthew J. Berger*
Danielle M. Carney
Michele Harari
Dana L. Henke
Steven H. Kern
Lauren M. Kugielska*
Giacchino J. Russo
Julie Pearlman Schatz*

Roy Barnes, Retired

3 Surrey Lane
Hempstead, NY 11550
Tel: 516.483.2990
Fax: 516.483.0566

379 Sunset Blvd.
Wyckoff, NJ 07481
Tel: 914.592.1515
Fax: 914.592.3213

*Also Admitted in NJ

www.bislawfirm.com

July 29, 2022

VIA ECF
Honorable Lorna G. Schofield, U.S.D.J.
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Re:      <u>Trustees of the Drywall Tapers and Pointers Local Union No. 1974 Benefit Funds
v. L.G. Commercial Construction Corp.</u>

Case No.:    <u>22-cv-03155 (LGS)</u>

Dear Judge Schofield,

     This firm represents Plaintiff Trustees of the Drywall Tapers and Pointers Local Union No. 1974 Benefit Funds (the "Funds") in the above referenced matter. The Funds submit this correspondence as a status letter in accordance with the Court's June 29, 2022 Order [ECF No. 22].[1]

     Defendant L.G. Commercial Construction Corp. is in the process of providing clarification with respect to information and records currently provided to the Funds, and gathering additional information and records in order to finalize the audit that is the subject of this action.

     I appreciate your time and attention to this matter. Thank you.

                       Respectfully yours,

                       */s/ Lauren M. Kugielska*
                       Lauren M. Kugielska

cc:    Michael Giustiniani, L.G. Commercial Construction Corp. representative (*via email*)
      Joe Maniscalco, L.G. Commercial Construction Corp. representative (*via email*)

---

[1]    Defendant L.G. Commercial Construction Corp. has not entered an appearance in this matter. I have not received a response from the Defendant, concerning the instant submission. Accordingly, I am unable to file this correspondence on behalf of the parties as a "joint status letter" as set forth in the June 29, 2022 Order [ECF No. 22].