UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
TRUSTEES OF THE DRYWALL TAPERS                              :
AND POINTERS LOCAL UNION NO. 1974                           :    22 Civ. 3155 (LGS)
BENEFIT FUNDS, et al.,                                      :
                                Petitioners,             :    ORDER
                                                            :
            -against-                                  :
                                                            :
L.G. COMMERCIAL CONSTRUCTION CORP., :
                                Defendant.              :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Order dated September 1, 2022, required the parties to file a further status letter, not to exceed three pages, by October 1, 2022.

WHEREAS, the parties have not filed the required letter. It is hereby

**ORDERED** that, by **October 5, 2022**, at **noon**, the parties shall file the required letter.

Dated: October 3, 2022
       New York, New York

                                                    LORNA G. SCHOFIELD
                                         UNITED STATES DISTRICT JUDGE