

Riccardo Iaccarino
Wendell V. Shepherd

Michael C. Anderson
Matthew J. Berger*
Danielle M. Carney
Michele Harari
Dana L. Henke
Steven H. Kern
Lauren M. Kugielska*
Giacchino J. Russo

258 Saw Mill River Road
Elmsford, NY 10523
Tel: 914.592.1515
Fax: 914.592.3213

29 Legion Drive
Bergenfield, NJ 07621
Tel: 201.387.2600

Roy Barnes, Retired

*Also Admitted in NJ

3 Surrey Lane Hempstead, NY 11550
Tel: 516.483.2990 | Fax: 516.483.0566

December 21, 2022

VIA ECF
Honorable Lorna G. Schofield, U.S.D.J.
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Re:  Trustees of the Drywall Tapers and Pointers Local Union No. 1974 Benefit Funds v. L.G. Commercial Construction Corp.

Case No.:  22-cv-03155 (LGS)

Dear Judge Schofield,

    This firm represents Plaintiff Trustees of the Drywall Tapers and Pointers Local Union No. 1974 Benefit Funds (the "Funds") in the above referenced matter. The Funds submit this correspondence as a status letter in accordance with the Court's October 3, 2022 Order [ECF No. 27].[1]

    The Funds conducted an audit of the books and records of Defendant L.G. Commercial Construction Corp.. The Funds are currently attempting to resolve the audit bill with Defendant.

    I appreciate your time and attention to this matter. Thank you.

Respectfully yours,

*/s/ Lauren M. Kugielska*
Lauren M. Kugielska

cc:  Michael Giustiniani, L.G. Commercial Construction Corp. representative (*via email*)
Joe Maniscalco, L.G. Commercial Construction Corp. representative (*via email*)

---

[1] Defendant L.G. Commercial Construction Corp. has not entered an appearance in this matter. I have not received a response from the Defendant, concerning the instant submission. Accordingly, I am unable to file this correspondence on behalf of the parties as a "joint status letter" as set forth in the October 3, 2022 Order [ECF No. 27].