```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                              :
TRUSTEES OF THE DRYWALL TAPERS                                :
AND POINTERS LOCAL UNION NO. 1974                             :      22 Civ. 3155 (LGS)
BENEFIT FUNDS, et al.,                                        :
                              Plaintiffs,                     :      ORDER
                                                              :
              -against-                                       :
                                                              :
L.G. COMMERCIAL CONSTRUCTION CORP.,                           :
                              Defendant.                      :
-------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, an Order issued January 20, 2023, required Plaintiffs to serve that Order on Defendants via Federal Express and file proof of service on ECF by January 24, 2023.

WHEREAS, no such proof of service has been filed. It is hereby

**ORDERED** that Plaintiffs shall serve the January 20, 2023, Order on Defendants via Federal Express and file proof of service on ECF by **January 26, 2023**.

Dated: January 25, 2023
New York, New York

LORNA G. SCHOFIELD
**UNITED STATES DISTRICT JUDGE**