```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
TRUSTEES OF THE DRYWALL TAPERS AND                           :
POINTERS LOCAL UNION NO. 1974 BENEFIT                        :   22 Civ. 3155 (LGS)
FUNDS, et al.,                                               :
                                            Petitioners,     :   ORDER
                                                             :
                    -against-                                :
                                                             :
L.G. COMMERCIAL CONSTRUCTION CORP.,                          :
                                            Respondent.      :
-------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, Respondent has not yet appeared.

WHEREAS, on February 10, 2023, Petitioners filed default judgment materials pursuant to Attachment A of this Court's Individual Rules.  It is hereby

**ORDERED** that, by **February 22, 2023**, Respondent shall file any response to Petitioners' default judgment paperwork.  It is further

**ORDERED** that the parties shall appear before the Honorable Lorna G. Schofield at conference line 888-363-4749, access code 558-3333, on **March 1, 2023, at 4:10 p.m.**, and Respondent shall show cause why a default judgment should not be entered in favor of Petitioners.  It is further

**ORDERED** that Petitioners shall serve a copy of this Order and their default judgment paperwork on Respondents via U.S. Mail, and file proof of service by **February 15, 2023**.

Respondent is advised that failure to respond may be grounds for granting a default judgment against it.

Dated: February 13, 2023
       New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE